# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

| | |
|---|---|
| Nicole Gerhart, | § § § |
| Plaintiff, | § Case No. 6:24-cv-01249-PGB-RMN § |
| v. | § **NOTICE OF DISMISSAL AS TO** § **DEFENDANT EQUIFAX** |
| Westgate Resorts, LTD; Experian Information Solutions, Inc.; and Equifax Information Services, LLC, | § **INFORMATION SERVICES, LLC** § § § |
| Defendants. | § § |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), notice is hereby given that Defendant Equifax Information Services, LLC may be dismissed with prejudice, with the parties to bear their own fees and costs. Plaintiff's claims against remaining Defendants remain pending.

Dated:    October 29, 2024

/s/ Trescot Gear
Gear Law, LLC
1405 W. Swann Ave.
Tampa, FL 33606

Mailing Address:
McCarthy Law, PLC
4250 North Drinkwater Blvd, Suite 320
Scottsdale, AZ  85251
Telephone: (602) 456-8900
Fax: (602) 218-4447
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on October 29, 2024, I electronically transmitted the foregoing document to the Clerk's Office using the ECF system for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants of record in this matter.

/s/ *Trescot Gear*