# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**NICOLE GERHART,**

      **Plaintiff,**

v.                                                                              Case No: 6:24-cv-1249-PGB-RMN

**WESTGATE RESORTS, LTD,
EXPERIAN INFORMATION
SOLUTIONS, INC. and
EQUIFAX INFORMATION
SERVICES, LLC,**

      **Defendant.**

_____/

## ORDER

This cause is before the Court on the parties' Stipulation of Dismissal as to Defendant Equifax Information Services, LLC, filed January 14, 2025. (Doc. 45). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this filing was self-executing. *See Anago Franchising, Inc. v. Shaz*, 677 F.3d 1272, 1278 (11th Cir. 2012). Plaintiff's claims against Defendant Equifax Information Services, LLC, are **DISMISSED WITH PREJUDICE**. The Clerk of Court is **DIRECTED** to terminate Equifax Information Services, LLC, as a party.

**DONE AND ORDERED** in Orlando, Florida on January 16, 2025.

*[signature]*

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties