# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

| | |
|---|---|
| Nicole Gerhart, | |
| Plaintiff, | Case No. 6:24-cv-01249-PGB-RMN |
| v. | **STIPULATION OF DISMISSAL AS TO DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.** |
| Westgate Resorts, LTD; Experian Information Solutions, Inc.; and Equifax Information Services, LLC, | |
| Defendants. | |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff and Defendant Experian Information Solutions, Inc. hereby jointly stipulate that Experian Information Solutions, Inc. may be dismissed with prejudice, with each of the parties to bear their own fees and costs. All parties have now been dismissed and this matter may be dismissed in its entirety.

Respectfully submitted April 23, 2025

| | |
|---|---|
| */s/ Michael D. Adams* | */s/ Noah J. DiPasquale* |
| Michael D. Adams | Noah J. DiPasquale, Esq. |
| McCarthy Law, PLC | Florida Bar No. 1003238 |
| 4250 North Drinkwater Blvd, Suite 320 | TROUTMAN PEPPER LOCKE LLP |
| Scottsdale, AZ 85251 | 1001 Haxall Point |
| Telephone: (602) 456-8900 | Richmond, VA 23219 |
| Fax: (602) 218-4447 | Telephone: (804) 697-1266 |
| Attorney for Plaintiff | Facsimile: (804) 697-1339 |
| | Email: noah.dipasquale@troutman.com |
| . | Counsel for Defendant Experian Information Solutions, Inc. |

## CERTIFICATE OF SERVICE

I hereby certify that on April 23, 2025, I electronically transmitted the foregoing document to the Clerk's Office using the ECF system for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants of record in this matter.

/s/ *Michael D. Adams*